No. 93–1112. WRIGHT *v.* JOHN DEERE INDUSTRIAL EQUIP-MENT CO. C. A. 5th Cir. Certiorari denied.

No. 93–1113. CHAPMAN ET AL. *v.* KLEMICK ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1116. BROWN *v.* PENN CENTRAL TRANSPORTATION CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–1117. OCEAN MARINE MUTUAL PROTECTION & INDEM-NITY ASSN., LTD., ET AL. *v.* WILSON. C. A. 11th Cir. Certiorari denied.

No. 93–1122. FRIEDMAN *v.* UNITED STATES; and
No. 93–1123. HUGHES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–1125. REEDER *v.* SUCCESSION OF PALMER. Sup. Ct. La. Certiorari denied.

No. 93–1126. LOUISIANA POWER & LIGHT CO. *v.* BOURGEOIS. Ct. App. La., 5th Cir. Certiorari denied.

No. 93–1138. WATERS ET AL. *v.* UNIVERSITY OF ALABAMA BIR-MINGHAM MEDICAL CENTER ET AL. Sup. Ct. Ala. Certiorari denied.

No. 93–1148. LOCE *v.* NEW JERSEY; and
No. 93–1149. KRAIL ET AL. *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 93–1155. ARDOIN *v.* SEACOR MARINE, INC. C. A. 5th Cir. Certiorari denied.

No. 93–1242. AUSTIN *v.* HEALY, UNITED STATES MARSHAL, EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 93–5785. GORHAM *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.